UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rose Davenport

_____

Write the full name of each plaintiff.

**26 CV 2065**

_____ CV _____

(Include case number if one has been assigned)

-against-

Urban Home OwnershipCorp.
Paul Moore , CEO + Owner
Tijuana Huggins, property Mgr.
Kiaria Rivera. Housing Specialist

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

RECEIVED
SDNY PRO SE OFFICE
2026 MAR 13 AM 8:37

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑    **Federal Question**

☐    **Diversity of Citizenship**

### A.    If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

The plantiff's federal right's were violated under the following law. 1) Americans w/ disability Act (ADA), 42 USC. §12101 et seq. (2) Fair housing Act (FhA), 42 U.S.C §3601 et seq. (3) Section 504 of the Rehabilitation Act of 1973, 29 U.S.C §794 (4) 42 U.S.C 1983 — Civil Rights violation, (5) HUD regulations governing federal subsidized housing (HUD Handbook 4350. 3)

### B.    If you checked Diversity of Citizenship

1.    **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, **Rose Davenport** , is a citizen of the State of
(Plaintiff's name)

**New York**

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of

(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Urban Home Ownership_ is incorporated under the laws of

the State of _New York, NY_

and has its principal place of business in the State of _New York, NY_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _New York, NY_.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Rose_                                              _Davenport_

First Name          Middle Initial          Last Name

_2760 West 33rd Street, #5F_

Street Address

_Brooklyn_                          _NY_                    _12224_

County, City                        State                    Zip Code

_646-804-1865_                    _rosiedec577@gmail.com_

Telephone Number                Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Paul                Moore
First Name          Last Name

CEO, Owner
Current Job Title (or other identifying information)

420 Fifth Avenue 14th Floor
Current Work Address (or other address where defendant may be served)

New York            NY          10018
County, City        State       Zip Code

Defendant 2:

Tijuana             Huggins
First Name          Last Name

Property Manager
Current Job Title (or other identifying information)

400-408 Manhattan Avenue
Current Work Address (or other address where defendant may be served)

New York,           NY.         10026
County, City        State       Zip Code

Defendant 3:

Kiara Rivera
First Name          Last Name

Housing Specialist
Current Job Title (or other identifying information)

400-408 Manhattan Avenue
Current Work Address (or other address where defendant may be served)

New York            NY          10026.
County, City        State       Zip Code

Defendant 4: **Barbara Greaves**

First Name                           Last Name

**Vice President**

Current Job Title (or other identifying information)

**420 Fifth Avenue, 14th Floor.**

Current Work Address (or other address where defendant may be served)

**New York.          NY          10018.**

County, City                    State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York City (Harlem West II office) Phone, Conversations, Letters...

Date(s) of occurrence: March 05, 2026, Mar 9, 2026, Feb 9, March 27, 2025, September 05, 2025, 11/20/2025, etc.

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Plaintiff brings this action for violations of fed civil rights, disability protections, and fed housing regulations arising from the defendants conduct in administering federally subsidized housing + refusing reasonable accommodations for disabled tenants. The household of Darryl + Lanise resides in federally subsidize housing that receives financial assistance. Thru prog administered by the US Dept of HUD. Because the housing receives federal funding, property owners, mgmt companies + assoc. agents are required to comply w/ federal Laws including Fair Housing Act, The Americans w/ Disabilities Act, + Section 504 of the Rehabilitation Act.

Darryl is an individual w/disabilities and othe health impairments that substantially limit major life activities, including his ability to read, write, process information, and understand complex written communications. As a result, these impairment has suff significant difficulties when understanding legal documents housing recertification requirements, and communications related to his tenancy and housing rights.

Lanise, who is the co-head of household is also an individual w/ mental health impairments that substantially limit major life activities. These impairments affect her way of life + abilities to process or comprehend information such as understanding legal terms, housing related requirements, and communicating effectively regarding matters related to her tenancy + other outside obligations. Both individuals

Page 5

will experience ongoing mental health challenges that affect their abilities to independently navigate complicated legal + housing procedures. Due to these limitations, Damyle + Lanise request a reasonable accommodation that would allow Rhose Davenport (mother) to assist them with supportive resources + services as a supportive advocate. These accommodations were requested so they could receive assistance w/their affairs with housing, court appearances, court filings recertifications, repairs, HHA + outside agencies when needed, ensuring that their rights under federal housing Law are protected. Despite these requests, the defendents refused to recognize or provide this reasonable accommodation. The refusal to allow a support person to assist disabled tenants interfere w/their abilities to understand + participate in housing processes, incl. recert's, rent calculations, meetings w/ mgmt + housing-related legal proceedings.

**INJURIES:**

*If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.*

As a result, the plaintiffs have suffered significant emotional distress, severe anxiety, frustration, + mental anguish. The continued refusal to provide reasonable accommodations + the ongoing confusion surrounding housing requirements + rent calculations, have caused substantial stress, disability, and fear within the household. For individuals w/mental health impairments that affect their abilities to understand... the defendants conduct has aggravated these challenges and made it extremely difficult for them to manage their housing obligations + communicate effectively with management. The injuries are primarily emotional + psychological in nature. w/ caused a financial build of overages of debt/+ repairs

**IV. RELIEF.**

*State briefly what money damages or other relief you want the court to order.*

1. An order requiring defendants to provide reasonable accommodations, incl. recognizing Rhose Davenport as an approved support person and advocate to assist family in housing, legal, and administrative matters to their tenancy and court-related matters.

2. An order req. the defendants + associates to correct and fully disclose all housing records, rent ledgers, + subsidize calculations associated w/federally subsidize housing assistance administered through HUD Tracs system and 50059 forms.

3. An order prohibiting the defendents from engaging in further retaliation, discrimination, or interference w/ rights of the disabled tenants.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

*Continued...*

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

4) Defendents recognize $1500 paid for relocation fee during unhabitable living in 2018 for 18-20 months be granted as rental payment when apt was unlivable

5. Monetary damages for emotional distress, discrimination + harm be granted as a relief that the court deems necessary. Just and proper under federal Law

6. Landlord required to recalculate, grant tenant disability reduction, and educational from 2015-2024 + interims. to correct errors for Leases.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: _March 12, 2026_   Plaintiff's Signature: _Rose Davenport_

First Name: _Rose_   Middle Initial: ___   Last Name: _Davenport_

Street Address: _2760 West 33rd Street, 5F_

County, City: _Brooklyn_   State: _NY_   Zip Code: _12224_

Telephone Number: _646-804-1865_   Email Address (if available): _rosiedee54@gmail.com_

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



Dear Lanise Davenport,

Thank you for booking an appointment with Chung Ying Physical Therapy & Acupuncture.

Below are your booking details:

**SERVICE:** Physical Therapy
**DATE/TIME:** Wed, 03-11-2026, 01:00 PM
**PROVIDER:** Chung-Ying (Fred) Tsai

We look forward to seeing you!

Kind regards,
Chung Ying Physical Therapy & Acupuncture

30 East 60th Street Suite #1501, New York, NY 10022
(212) 470-8213



Dear Lanise Davenport,

Thank you for booking an appointment with Chung Ying Physical Therapy & Acupuncture.

Below are your booking details:

**SERVICE:** Physical Therapy
**DATE/TIME:** Wed, 02-25-2026, 01:00 PM
**PROVIDER:** Chung-Ying (Fred) Tsai

We look forward to seeing you!

Kind regards,
Chung Ying Physical Therapy & Acupuncture

30 East 60th Street Suite #1501, New York, NY 10022
(212) 470-8213

**Rose Davenport**
Parent & POA Holder

Date: March 12, 2026

**Re: Request for Reasonable Accommodation and Recognition of Support Person Under Federal Disability and Fair Housing Law**

Honorable Judge / To Whom It May Concern:

I respectfully submit this letter in support of my request for a **reasonable accommodation under the Americans with Disabilities Act (ADA)** in connection with matters requiring the participation of my adult children, **Lanise Davenport and Darryle Davenport**.

Lanise Davenport and Darryle Davenport are individuals with disabilities whose **cognitive and mental health–related impairments substantially limit major life activities**, including comprehension, communication, concentration, and the ability to independently understand and manage complex legal and housing obligations. These conditions significantly interfere with their ability to process detailed legal documents, follow court proceedings, recertify, retain critical information, and advocate effectively for themselves without assistance. As a result, they face substantial barriers in navigating legal and administrative processes that require a high level of cognitive understanding. Reasonable accommodation is therefore necessary to ensure that they are able to **meaningfully access, understand, and participate in proceedings that directly affect their housing and legal rights.**

Separately, both individuals also experience physical medical conditions involving their backs— Mr. Davenport resulting from a prior athletic injury, and Ms. Davenport from injuries sustained in motor vehicle accidents, and a fall. These physical conditions are distinct from their cognitive limitations and are noted solely as part of their overall health circumstances.

Throughout our interactions within administrative and legal systems, there have unfortunately been instances where the differences in my children's abilities were **misconstrued or not fully recognized**, which created additional challenges in their ability to participate effectively. In some circumstances, my family has also experienced dismissive treatment and ridicule while attempting to address matters related to housing and legal obligations. These experiences have reinforced the need for appropriate support so that my children are treated with dignity and afforded equal access to the legal process.

Federal housing and disability laws require housing providers and federally assisted housing programs to provide reasonable accommodations to individuals with disabilities when such accommodations are necessary to ensure equal access to housing programs.

Under the **Fair Housing Act, 42 U.S.C. §3604(f)(3)(B),** housing providers must make **reasonable accommodations in rules, policies, practices, or services when such accommodations may be necessary to afford a person with disabilities equal opportunity to use and enjoy a dwelling.**

Federal disability law also prohibits policies that screen out individuals with disabilities. Under **28 C.F.R. §35.130(b)(8)**, a public entity may not impose eligibility criteria that screen out or tend to screen out individuals with disabilities unless such criteria are necessary for the provision of the program.

Additionally, as part of the HUD recertification process and tenant documentation, Darryle Davenport and Lanise Davenport completed required program documentation and identified me as their designated contact on the building's **Tenant Contact / Emergency Contact form** maintained in their tenant file. By listing me as the contact person, they clearly authorized me to assist with matters related to recertification, housing documentation, repairs, communication with management, and proceedings affecting their tenancy. This designation placed management on clear notice that assistance was necessary for them to effectively navigate program requirements and housing-related obligations.

For these reasons, I respectfully request that the Court and housing provider grant a **reasonable accommodation allowing me to assist my children as a support person and advocate during proceedings**, so that I may help them understand the matters before them, assist with communication when necessary, and ensure that they can meaningfully participate in decisions affecting their housing and legal rights.

This request is not intended to practice law or interfere with the Court's procedures, but rather to ensure that individuals with disabilities are provided **equal access to justice and housing protections as required under federal civil rights law.**

Thank you for your time and consideration of this request.

Respectfully submitted,

**Denial of Access and Fair Housing Forming Discriminatory Actions:**

- Ignoring accommodation requests.
- Recertification delays.
- Interims not accommodated when loss of income applies.
- Tenant & Student deductions not applied.
- Repairs ignored/or never completed.
- Laundry room wall blocking disabled tenants.
- The community room is unable to be used by tenants.
- Heat is limited throughout the day and evening hours.

*Providing reasonable accommodations where necessary to ensure meaningful participation is a requirement under federal civil rights law, and failure to provide such accommodations may constitute discrimination under the Fair Housing Act, the Americans with Disabilities Act, and Section 504 of the Rehabilitation Act.*



**(no subject)**
1 message

**Dee** <darryled25@gmail.com>                                                    Thu, Mar 12, 2026 at 1:42 PM
To: Rose davenport <rosiedee57@gmail.com>

I Darryle Davenport request my mother Rose Davenport as my ADA Reasonable Accommodations legal Advocate.



**(no subject)**
1 message

**Slay with Melanin** <davenport.lanise@gmail.com>                    Thu, Mar 12, 2026 at 2:29 PM
To: Rose davenport <rosiedee57@gmail.com>

Just send me an email saying, I, Lanise Davenport would like my mother Rose Davenport to petition the courts as my ADA Reasonable Accommodations legal Advocate.

Case 1:26-cv-02065-UA   Document 1   Filed 03/13/26   Page 15 of 15

# Rocky Mountain ADA Center Training



This certification is awarded to

## Rose Davenport

For successfully completing the course

## ADA History and Overview

| 03/12/2026 | 03/12/2029 |
|---|---|
| Issued Date | Expiration Date |