UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSE DAVENPORT; DARRYLE
DAVENPORT,

                     Plaintiffs,

          -against-

URBAN HOME OWNERSHIP CORP.; PAUL
MOORE; HARLEM WEST II HDFC INC.,

                     Defendants.

26-CV-2065 (LLS)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

LOUIS L. STANTON, United States District Judge:

On March 13, 2026, Plaintiff Rose Davenport—who is proceeding *in forma pauperis* (IFP), that is, without prepayment of fees—commenced this action by filing a complaint. In that complaint, she principally sought relief on behalf of her adult children, who were not named as plaintiffs in the complaint. By order dated March 25, 2026, the Court dismissed the complaint with 30 days' leave to replead, principally on the basis that Plaintiff Rose Davenport, as a non-attorney, could not assert claims on behalf of her adult children. (ECF No. 7.)

On April 24, 2026, an amended complaint was filed in this action in which Darryle Davenport, who is Plaintiff Rose Davenport's adult son, was added as a plaintiff. The amended complaint repeatedly indicates that Plaintiff Rose Davenport does not intend to be a plaintiff in this action; rather, the only named plaintiff will be her son, Darryle Davenport. The Court construes those statements in the amended complaint as a notice of voluntary dismissal on behalf of Plaintiff Rose Davenport and confirms her dismissal from this action, without prejudice, under Rule 41(a)(1)(A)(1) of the Federal Rules of Civil Procedure.

Plaintiff Darryle Davenport brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees—a $350.00 filing fee plus a $55.00

administrative fee—or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff Darryle Davenport submitted the amended complaint without the filing fees or an IFP application. Within thirty days of the date of this order, Plaintiff Darryle Davenport must either pay the $405.00 in fees or submit the attached IFP application. If Plaintiff Darryle Davenport submits the IFP application, it should be labeled with docket number 26-CV-2065 (LLS). If the Court grants the IFP application, Plaintiff Darryle Davenport will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

## CONCLUSION

No summonses shall issue at this time. If Plaintiff Darryle Davenport complies with this order, the case shall be processed consistent with the procedures of the Clerk's Office. If Plaintiff Darryle Davenport fails to comply with this order within the time allowed, the action will be dismissed.

The Court recognizes and confirms Plaintiff Rose Davenport's dismissal from this action under Rule 41(a)(1)(A)(1) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate Plaintiff Rose Davenport as a plaintiff in this action.

SO ORDERED.

Dated:   May 4, 2026
         New York, New York

_____
                Louis L. Stanton
                U.S.D.J.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_____

_____
(full name(s) of the defendant(s)/respondent(s))

_____ CV _____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed _in forma pauperis_ (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1.  *Are you incarcerated?*  ☐ Yes  ☐ No  (If "No," go to Question 2.)

    I am being held at: _____

    Do you receive any payment from this institution? ☐ Yes  ☐ No

    Monthly amount: _____

    If I am a prisoner, _see_ 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. _See_ 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.  Are you presently employed?  ☐ Yes  ☐ No

    If "yes," my employer's name and address are:


    Gross monthly pay or wages: _____

    If "no," what was your last date of employment? _____

    Gross monthly wages at the time: _____

3.  In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    (a) Business, profession, or other self-employment  ☐ Yes  ☐ No
    (b) Rent payments, interest, or dividends            ☐ Yes  ☐ No

(c) Pension, annuity, or life insurance payments    ☐ Yes    ☐ No

(d) Disability or worker's compensation payments    ☐ Yes    ☐ No

(e) Gifts or inheritances    ☐ Yes    ☐ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)    ☐ Yes    ☐ No

(g) Any other sources    ☐ Yes    ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| | |
|---|---|
| Dated | Signature |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address (if available) |

IFP Application, page 2