USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRYLE DAVENPORT,

Plaintiff,

-v-

URBAN HOME OWNERSHIP CORP., et al.,

Defendants.

26-cv-2065 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff Darryle Davenport ("Plaintiff") requests a further extension of time through December 4, 2026 so that he may continue to seek assistance from the Federal Pro Se Legal Assistance Project. *See* Dkt. No. 28. The request is GRANTED. The deadline for Plaintiff to oppose the motion to dismiss or to file an amended complaint is extended through December 4, 2026. Plaintiff may file either an opposition to the motion to dismiss or an amended complaint. If Plaintiff files an amended complaint, the Court will deny Defendants' pending motion to dismiss as moot. Defendants will then have the opportunity to either answer the amended complaint or to move against it.

SO ORDERED.

Dated: November 13, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge